

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00789-CV

**IN THE INTEREST OF C.D.M.** and C.M.M., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13803
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED April 1, 2020.

Sandee Bryan Marion, Chief Justice